IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Maddox, Patricia A

Printed: 1/29/08

Case Number: 07 B 12269
Judge: Wedoff, Eugene R
Filed: 7/10/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 25, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,700.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,608.20 |
| Trustee Fee: |  | 91.80 |
| Other Funds: |  | 0.00 |
| Totals: | 1,700.00 | 1,700.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Daniel J Winter | Administrative | 2,353.00 | 1,608.20 |
| 2. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 3. | Park West Condo Association | Secured | 0.00 | 0.00 |
| 4. | Internal Revenue Service | Secured | 15,811.00 | 0.00 |
| 5. | Internal Revenue Service | Secured | 22,322.00 | 0.00 |
| 6. | Fifth Third Bank | Secured | 18,000.00 | 0.00 |
| 7. | American General Finance | Secured | 2,500.00 | 0.00 |
| 8. | HSBC Mortgage Services | Secured | 115,000.00 | 0.00 |
| 9. | Internal Revenue Service | Priority | 5,000.00 | 0.00 |
| 10. | Target National Bank | Unsecured | 16.91 | 0.00 |
| 11. | Capital One | Unsecured | 72.94 | 0.00 |
| 12. | AT&T | Unsecured | 12.81 | 0.00 |
| 13. | Commonwealth Edison | Unsecured | 38.84 | 0.00 |
| 14. | RoundUp Funding LLC | Unsecured | 269.20 | 0.00 |
| 15. | RoundUp Funding LLC | Unsecured | 19.98 | 0.00 |
| 16. | Peoples Energy Corp | Unsecured | 8.80 | 0.00 |
| 17. | RoundUp Funding LLC | Unsecured | 109.65 | 0.00 |
| 18. | Nicor Gas | Unsecured | 68.32 | 0.00 |
| 19. | Global Payments | Unsecured | 5.45 | 0.00 |
| 20. | RoundUp Funding LLC | Unsecured | 61.56 | 0.00 |
| 21. | Jefferson Capital Systems LLC | Unsecured | 358.59 | 0.00 |
| 22. | Internal Revenue Service | Unsecured | 497.33 | 0.00 |
| 23. | B-Real LLC | Unsecured | 123.47 | 0.00 |
| 24. | MKM Acquisitions LLC | Unsecured | 31.75 | 0.00 |
| 25. | HSBC Bank USA | Unsecured | 55.78 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Maddox, Patricia A | Case Number: 07 B 12269 |
| --- | --- | --- |
| | | Judge: Wedoff, Eugene R |
| | Printed: 1/29/08 | Filed: 7/10/07 |

| | | | | |
| --- | --- | --- | --- | --- |
| 26. | Washington Mutual Home Loan | Secured | | No Claim Filed |
| 27. | Libertyville Bank | Secured | | No Claim Filed |
| 28. | Fifth Third Bank | Secured | | No Claim Filed |
| 29. | Thomas D Rosenwein Ltd | Secured | | No Claim Filed |
| 30. | Northview Bank & Trust | Secured | | No Claim Filed |
| 31. | Fifth Third Bank | Secured | | No Claim Filed |
| 32. | Thomas D Rosenwein Ltd | Secured | | No Claim Filed |
| 33. | First Consumers National Bank | Unsecured | | No Claim Filed |
| 34. | Armor Systems Co | Unsecured | | No Claim Filed |
| 35. | Northwestern University | Unsecured | | No Claim Filed |
| 36. | Computer Credit Service Corp | Unsecured | | No Claim Filed |
| 37. | Jewel Food Stores | Unsecured | | No Claim Filed |
| 38. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 39. | Capital One | Unsecured | | No Claim Filed |
| 40. | NDC Check Services | Unsecured | | No Claim Filed |
| 41. | American Collections & Credit | Unsecured | | No Claim Filed |
| 42. | Palisades Collection LLC | Unsecured | | No Claim Filed |
| 43. | Sam's Club | Unsecured | | No Claim Filed |
| 44. | Medclear Inc | Unsecured | | No Claim Filed |
| 45. | Spiegel | Unsecured | | No Claim Filed |
| 46. | North Shore Gas | Unsecured | | No Claim Filed |
| 47. | Credit Management Co. | Unsecured | | No Claim Filed |
| 48. | Merchant Credit Guide | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 182,737.38 | $ 1,608.20 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 5.4% | 91.80 |
| | _____ |
| | $ 91.80 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

